*E-Filed 5/23/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALFONSO MOUZON, | No. C 11-00637 RS (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| PAM ALIN, | |
| Respondent. | |

Petitioner, who is currently held at Coalinga State Hospital ("CSH"), has filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. CSH is in Fresno County, which is in the venue of the Eastern District of California. Venue is proper in a 28 U.S.C. § 2254 action in the jurisdiction where the habeas petitioner is confined. *See Chatman-Bey v. Thornburgh*, 864 F.2d 804, 814 (D.C. Cir. 1988); *see also McCoy v. United States Bd. of Parole*, 537 F.2d 962, 966 (8th Cir. 1976). Accordingly, because petitioner is confined in the Eastern District of California, this action is TRANSFERRED to the United States District Court for the Eastern District of California, pursuant to 28 U.S.C. § 1404(a), and in the interest of justice. The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

DATED: May 23, 2011

RICHARD SEEBORG
United States District Judge

No. C 11-00637 RS (PR)
ORDER OF TRANSFER